IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

SCOTT C. MCCARTY,

    Plaintiff,

v.                                            Case No.: 2:18-cv-00021

NORFOLK SOUTHERN RAILWAY
COMPANY,

    Defendant.

## ORDER

Before the Court are the parties' Joint Motion for Dismissal with Prejudice and Retention of Jurisdiction (Doc. 68) and Joint Brief in Support of the Court's Retention of Jurisdiction (Doc. 69).

Upon consideration thereof, this action is hereby dismissed with prejudice, each party to bear its own costs, and in accordance with the agreement of the parties, the Court retains jurisdiction to enforce the parties' settlement agreement.

It is so **ORDERED**.

                                           /s/
                               Henry Coke Morgan, Jr.
                               Senior United States District Judge
                               HENRY COKE MORGAN, JR.
Norfolk, Virginia              SENIOR UNITED STATES DISTRICT JUDGE
February 25, 2019